# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION ) <br> LABORERS WELFARE FUND, et al., ) <br> ) <br>     Plaintiffs ) <br> v. ) <br> ) <br> PAUL PEKIC, and individual d/b/a ) <br> PEKIC SEWER and PLS PLUMBING ) <br> ) <br>     Defendant. ) | Case No. 4:17-CV-1549-DDN |

## MOTION TO PASS FOR SETTLEMENT

Come now Plaintiffs, by and through counsel, and move this Court to pass this matter for settlement for thirty (30) days.  In support of this motion, Plaintiffs state that the parties have reached an agreement to settle this matter, pending receipt of the first settlement payment.  Plaintiffs will file a stipulation of dismissal when this occurs.

WHEREFORE, Plaintiffs pray that this Court pass this matter for settlement.

Respectfully Submitted,

HAMMOND and SHINNERS, P.C.
13205 Manchester Road, Suite 210
St. Louis, MO 63131
Phone: (314) 727-1015
Fax: (314) 727-6804
E-mail: ngilbert@hammondshinners.com

/s/ Nathan K. Gilbert
Nathan K. Gilbert, #68093MO
Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

      A copy of the foregoing was filed with the Court's electronic system on May 24, 2018 and thereby served on all parties.

                                                    s/ Nathan K. Gilbert_____