## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| GREATER ST. LOUIS CONSTRUCTION LABORERS WELFARE FUND, an employee benefit plan, et al., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| PAUL PEKIC, an individual d/b/a PEKIC SEWER and PLS PLUMBING, | ) ) ) |
| Defendant. | ) ) |

No. 4:17 CV 1549 DDN

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that the unopposed motion of plaintiffs for leave to voluntarily dismiss this action (Doc. 31) is sustained.

**IT IS FURTHER ORDERED** that pursuant to Federal Rule of Civil Procedure 41(a)(2), this case is dismissed, with each party to bear their own costs, subject to reopening only to enforce the terms of the parties' settlement agreement.

**IT IS FURTHER ORDERED** that all pending motions (Doc. 24) are denied as moot.



/s/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on July 17, 2018.